UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

TERICKA BROWN,

    Plaintiff,                      CASE NO.:

vs.

AUTOZONE, INC.;
AUTOZONE, INC. d/b/a AUTOZONE
STORES, LLC; and BRANDON MORTON

    Defendants.

## NOTICE OF REMOVAL

Defendant, AutoZoners, LLC (incorrectly referred to in Plaintiff's Complaint as AutoZone, Inc.; AutoZone Inc. d/b/a AutoZone Stores, LLC) ("AutoZone"), hereby removes this matter from the State Court of Clayton County, Georgia, where it is now pending, and reserving all rights, objections, and defenses, represents as follows in support of this Notice of Removal:

1.    On October 26, 2022, Plaintiff, Tericka Brown, filed Plaintiff's Complaint entitled "*TERICKA BROWN vs. AUTOZONE, INC.; AUTOZONE, INC. d/b/a AUTOZONE STORES, LLC; and BRANDON MORTON*", in the State Court Action. Attached as **Exhibit A** is a true and accurate copy of Plaintiff's Complaint and all process, pleadings and orders served upon AutoZone in the State Court Action, as required by 28 U.S.C. § 1446(a).

2.    On October 31, 2022, AutoZone was served with a copy of the Complaint. Thus, 30 days have not elapsed since AutoZone first received notice of Plaintiff's Complaint through service or otherwise, and removal is timely under 28 U.S.C. § 1446(b). To date, no other defendant has been properly joined and served.

3. Pursuant to 28 U.S.C. §1441(a), state court actions in which United States District Courts have original jurisdiction may be removed to the United States District Court which embraces the place where such action is pending. The United States District Court for the Northern District of Georgia, is the appropriate venue for this case because it is the United States District Court having jurisdiction over Clayton County, Georgia, the place where the State Court Action is pending.

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff's right to relief is contingent upon resolution of a substantial question of federal law.

5. In accordance with 28 U.S.C. § 1331, United States District Courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

6. In her Complaint, Plaintiff alleges violations by AutoZone under federal statutes, specifically, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.. § 2000e *et seq.*. (Complaint, Paras. 5, 19-28).

7. Thus, removal is proper under this Court's federal question jurisdiction pursuant to 28 U.S.C. § 1331.

8. Pursuant to 28 U.S.C. § 1446(d), AutoZone, concurrently with the filing of this Notice of Removal, has served written notice thereof to Plaintiff and has filed a "Notice of Removal to Federal Court" with the Clerk of Court for the State Court of Clayton County, Georgia.

**WHEREFORE**, AutoZone requests that the above-described action pending in the State Court of Clayton County, Georgia be removed to this Court pursuant to 28 U.S.C. § 1331.

Dated: November 14, 2022                         Respectfully submitted,

/s/_____
Stephen P. Drobny (GBN 430447)
Jones Walker LLP
Suite 1400
3455 Peachtree Rd NE
Atlanta, GA 30326
Telephone:  (404) 870-7500
Facsimile: (404) 870-7501
Email: sdrobny@joneswalker.com

Counsel for Defendant, AutoZone

3

#100775628v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served a copy via E-mail to the following counsel of record:

JONATHAN W. JOHNSON LLC
2296 Henderson Mill Road, Suite 406
Atlanta, GA 30345
Primary e-mail: jwj@jonathanjohnsonatlantalawyer.com
*Counsel for Plaintiff*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A

I further certify that a true and correct copy of the foregoing was e-filed electronically via the Florida Courts' E-Filing Portal system on November 14, 2022

Clayton County State Court Clerk
9151 Tara Boulevard, Room 1CL181
Jonesboro, GA 30236

/s/_____
Stephen P. Drobny, Esq.

#100775628v1