UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERICKA BROWN, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON MORTON, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:22-CV-04529-JPB |

**ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 28]. No objections have been filed. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 28] as the judgment of the Court. For the reasons stated in

the Magistrate Judge's Report and Recommendation, this action is **REMANDED** to the State Court of Clayton County, Georgia. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED** this 23rd day of October, 2023.

                                            J. P. BOULEE
                                            United States District Judge